**STATE v. HAMMONDS**

[354 N.C. 353 (2001)]

STATE OF NORTH CAROLINA v. JAKIE HAMMONDS

No. 65A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 141 N.C. App. 152, 541 S.E.2d 166 (2000), finding no error in a judgment imposing a sentence of life imprisonment entered by Hooks, J., on 10 March 1997 in Superior Court, Robeson County, upon a jury verdict finding defendant guilty of first-degree murder. Heard in the Supreme Court 15 October 2001.

*Roy A. Cooper, Attorney General, by Steven M. Arbogast, Special Deputy Attorney General, for the State.*

*Staples Hughes, Appellate Defender, by Janet Moore, Assistant Appellate Defender, for defendant-appellant.*

*American Civil Liberties Union of North Carolina Legal Foundation, Inc., by Seth H. Jaffe, amicus curiae.*

PER CURIAM.

AFFIRMED.

Justice EDMUNDS did not participate in the consideration or decision of this case.